UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>       v.                                          )       M.B.D. Case No. 20-mc-91018<br>)<br>XAVIER NILES-CHARLES,              )<br>)<br>       Defendant                             ) | |

**MOTION FOR ENDS-OF-JUSTICE CONTINUANCE OF TIME
FOR FILING AN INDICTMENT OR INFORMATION, AND
EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant United States Attorney Michael Crowley, with the agreement of counsel for the defendant, respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed, and exclude the time period from January 17, 2020, through and including March 18, 2020, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial. The parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. In support of this request, the parties state as follows:

1.  The government will produce early discovery, and the parties are engaged in discussions regarding the possible resolution of this matter (which was initiated by a criminal complaint in *United States v. Niles-Charles*, Case No. 19-MJ-7444-JCB) that might result in a plea resolution that obviates the need for an indictment.

2.     The requested exclusion of time will permit defense counsel to adequately confer with the defendant, and allow the parties to further discuss and finalize the terms of any plea agreement, before the government is required to seek an indictment.  Such an agreement, in conjunction with a pre-indictment plea, may work to the defendant's benefit.  The parties agree that, if the requested time is excluded, the government has until March 18, 2020 to return an indictment in this case.  This is the first such request.  A proposed order is attached.

      Respectfully submitted,

      ANDREW E. LELLING
      United States Attorney

By: /s/ Michael J. Crowley
      Michael J. Crowley
      Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By:   /s/ Michael J. Crowley
      Michael J. Crowley
      Assistant U.S. Attorney

Date: January 16, 2020